## SUPREME COURT.

ELY HOPPOCK agt. ERASTUS PLATO AND GEORGE C. STONE.

*A mortgage to secure ten thousand dollars, stamped with a five cent stamp, is void for the want of a proper stamp.*

*New York Special Term, December,* 1865.

SMITH & WOODWARD, *for plaintiff.*
NELSON SMITH *and* EDWARD GILBERT, *for defendants.*

INGRAHAM, J.   This suit was brought to enforce an instrument in the nature of a mortgage, on certain property of the defendant Plato, in favor of plaintiff, to secure the payment of notes to the amount of $10,000.   After giving the instrument, defendant Plato executed a general assignment to the defendant Stone, conveying all his property, including that covered by the mortgage to plaintiff.   The mortgage was stamped with a five cent stamp.

The COURT held it to be void under the stamp act, for want of the proper stamp to be affixed to a mortgage to secure $10,000, and dismissed the complaint with costs.